IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| ALEXIS LA'CHELLE | * | |
| FORTE'-TATUM and | * | |
| LAMAR MARCUS TATUM, | * | CASE NO. 17-51485-PMB |
| Debtors, | * | |
| | * | |
| _____ | * | |
| | * | |
| GEORGIA DEPARTMENT OF | * | |
| LABOR, | * | Adv. No. 17-05107-PMB |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| ALEXIS LA'CHELLE | * | |
| FORTE'-TATUM, | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing **Complaint to Determine Dischargeability** and **Summons** upon:

Alexis La'Chelle Forte'-Tatum
2411 Cherry Tree Lane
Jonesboro, GA 30238
Debtor/Defendant

Lamar Marcus Tatum
2411 Cherry Tree Lane
Jonesboro, GA 30238
Joint Debtor

Michael R. West, Jr.
Law Office of Michael West, P.C.
P.O. Box 369
Newnan, GA 30264
Attorney for Debtors

Robert Trauner
P. O. Box 421025
Atlanta, GA 30342
Chapter 7 Trustee

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 2nd day of May, 2017.

*/s/ Brittany Bolton Wilson*
BRITTANY BOLTON WILSON
Assistant Attorney General
Georgia Bar No. 623530

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

BRITTANY BOLTON WILSON
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 651-6249
Fax: (404) 657-3239
bbolton@law.ga.gov